UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-20902-CIV-KING

BAXTER TISDALE,

    Plaintiff,

v.

METRO DADE CORRECTIONS,
et al.,

    Defendants.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the April 21, 2010 Report and Recommendation of Magistrate Judge Patrick A. White (DE # 9) recommending that the above-styled case proceed against CC Ervin, and be dismissed as to defendant Captain Susan Kronberg pursuant to 28 U.S.C. §1915 (e)(2)(B)(ii), for failure to state a claim upon which relief may be granted. No objections have been filed, and the time to do so has passed.

This Court concludes that the R&R contains thorough and well-reasoned recommendations. Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

**ORDERED and ADJUDGED** that Magistrate Judge Patrick A. White's April 21, 2010 Report and Recommendation (**DE # 9**) be, and the same, is hereby AFFIRMED and ADOPTED. It is further,

**ORDERED and ADJUDGED** that:

1. The claim for denial of medical treatment against Capt. Kronberg be dismissed for failure to state a claim.

2. The claim for denial of medical treatment against CC Ervin is permitted to proceed.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 21st day of May, 2010.

_____
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Magistrate Judge Patrick A. White

**Baxter Tisdale**, *pro se*
No. 090041044
Metro-West Detention Center
13850 N.W. 41 Street
Miami, FL 33178
PRO SE