```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 10-20902-Civ-KING
                              MAGISTRATE P. A. WHITE

BAXTER TISDALE,               :

      Plaintiff,              :

v.                            :

METRO-DADE CORRECTIONS, ET AL.:    REPORT THAT CASE IS
                                      READY FOR TRIAL
      Defendants.             :_____
_____
```

In this *pro se* civil rights action pursuant to Title 42, Section 1983, a separate Report (DE# 34) has been entered recommending Defendant Ervin's motion to dismiss (DE# 22) be treated as a motion for summary judgment and that it be denied; and (2) the Plaintiff's motion for summary judgment (DE# 24) be denied. Ervin is the sole defendant remaining in the case.

A pretrial scheduling order was never entered, so the parties have not yet filed pretrial statements. The case is otherwise now at issue. The parties have not consented to trial before a Magistrate Judge pursuant Title 28, Section 636(c). The undersigned respectfully recommends that dates be set to file pretrial statements and that this case be placed on the trial calendar of the District Judge.

Dated: December 17th, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  The Honorable James Lawrence King
     United States District Judge

     Baxter Tisdale, *pro se*
     10601 SW 149 Terr.
     Miami, FL 33176

```
Eduardo William Gonzalez
Miami-Dade County Attorney's Office
111 NW First Street
Suite 2810
Miami, FL 33128
```