UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-20902-CIV-KING

BAXTER TISDALE,

       Plaintiff,

v.

METRO DADE CORRECTIONS,
et al.,

       Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court upon two Reports and Recommendations entered by Magistrate Judge Patrick A. White. The first R&R, entered December 15, 2010, (DE #34) recommends that Defendants' Motion to Dismiss (DE #22) be treated as a motion for summary judgment and be denied, and that Plaintiff's Motion for Summary Judgment (DE #24) be denied. The second R&R (DE #35), entered December 17, 2010, recommends that the case be set on the undersigned judge's trial calendar. Plaintiff filed Objections to the first R&R December 27, 2010 (DE #36), and filed Amended Objections January 3, 2011. (DE #37). Defendant did not file a response to Plaintiff's Objections, and the time for filing a response has since expired. Neither party filed Objections to the second R&R, recommending the case be set for trial, and the time for doing so has also expired.

On February 7, 2011, the Court consolidated the instant case with *Tisdale v. Miami Dade County,* Case No. 10-24109-CIV-SEITZ.[1] (DE #38). The Court referred Case No. 10-24109 to Magistrate Judge Patrick A. White for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. *Id.* The Court further ordered that in light of the consolidation and referral, the two pending R&Rs were stayed until completion of proceedings in the consolidated case before Judge White. Upon further review, the Court finds that the better course is to rule on the first R&R (DE #34), recommending denial of the motion to dismiss and summary judgment motion, and only stay consideration of the second R&R (DE #35), recommending the case be set for trial.

After a thorough review of the record, the Court concludes that the R&R (DE #34) contains well-reasoned recommendations and Plaintiff's Objections are unavailing. The Objections (DE #36) reiterate arguments that have already been presented to the Magistrate, and thoroughly addressed in the R&R. The Amended Objections (DE #37) argue that summary judgment was improperly denied because "the court has prejudiced itself against Plaintiff in its ruling." (DE #37 at 2). Plaintiff's allegation of prejudice is based on Magistrate Judge White's earlier denial of Plaintiff's Motion for Discovery. (DE #31). The Motion as filed was denied without prejudice because it was simply a copy of a letter sent to the County Attorney's Office, and did not request any relief from the Court. *Id.* Plaintiff never re-filed a discovery motion. His assertion that "the court has prejudiced itself" is meritless.

---

[1] Because of the consolidation, the case has since been renumbered as 10-24109-CIV-JLK.

Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. Magistrate Judge Patrick A. White's December 15, 2010 Report and Recommendation **(DE #34)** be, and the same is, hereby **AFFIRMED and ADOPTED.**

2. Defendant's Motion to Dismiss **(DE #22)** be, and the same is, hereby converted to a Motion for Summary Judgment and **DENIED.**

3. Plaintiff's Motion for Summary Judgment **(DE #24)** be, and the same is, hereby **DENIED.**

4. Consideration of Magistrate Judge Patrick A. White's December 17, 2010 Report and Recommendation **(DE #35)** remains **STAYED** until completion of proceedings before Judge White in the consolidated case, case number 10-cv-24109-JLK.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 22nd day of March, 2011.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

**Judge Patrick A. White**

*Plaintiff*

**Baxter Tisdale**
10601 S.W. 149 Terr
Miami, FL 33176
PRO SE

*Counsel for Defendants*

**Eduardo William Gonzalez**
Miami-Dade County Attorney's Office
111 N.W. First Street
Suite 2810
Miami, FL 33128
305-375-1057
Fax: 305-375-5634
Email: ewg@miamidade.gov